FILED

2018 AUG 29 PM 4: 45

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| v. | ) | |
| | ) | |
| AARON L. EISENBERG, et al. | ) | MOTION TO SEAL INDICTMENT |
| | ) | |
| Defendants. | ) | |

5:18 CR 513

JUDGE BOYKO

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Aaron P. Howell, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reason(s):

(1) To prevent risk of flight and/or destruction of evidence which otherwise might occur if any defendant is informed or gains knowledge of the indictment herein; and

(2) To facilitate a coordinated and safe execution of the arrest warrants herein.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should any defendant be

located in another judicial district and a certified copy of this indictment is needed for forwarding to that judicial district. See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

          Respectfully submitted,

          JUSTIN E. HERDMAN
          United States Attorney

By: _____
    Aaron P. Howell (OH: 0081347)
    Assistant United States Attorney
    Federal Building
    2 South Main Street, Room 208
    Akron, OH 44308
    (330) 761-0526
    (330) 375-5492 (facsimile)
    Aaron.Howell@usdoj.gov