# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:18CR00513 |
| Plaintiff, | : | |
| | : | JUDGE CHRISTOPHER A. BOYKO |
| -vs- | : | |
| TREVOR C. MARLYNE, | : | **NOTICE OF APPEARANCE** |
| | : | **OF COUNSEL** |
| Defendant. | : | |

Undersigned counsel, Carolyn M. Kucharski, enters a Notice of Appearance of Counsel on behalf of the Defendant, Trevor C. Marlyne in the above-captioned case.  Please add Carolyn M. Kucharski to the docket as lead counsel for Mr. Marlyne and remove former counsel Timothy C. Ivey from receiving any further ECF notifications.  Please forward all Court notifications, correspondence and pleadings to the address listed below.

              Respectfully submitted,

              STEPHEN C. NEWMAN
              Federal Public Defender
              Ohio Bar:  0051928


              */s/CAROLYN M. KUCHARSKI*
              Assistant Federal Public Defender
              Ohio Bar: 0062119
              1660 West Second Street, #750
              Cleveland, OH 44113
              (216)522-4856   Fax:(216)522-4321
              E-mail: carolyn_kucharski@fd.org

2
## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2018, a copy of the foregoing <u>Notice of Appearance of Counsel</u> was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

<u>/s/CAROLYN M. KUCHARSKI</u>
Assistant Federal Public Defender
Ohio Bar:  0062119
