# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:18CR00513 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE CHRISTOPHER A. BOYKO |
| -vs- | : | |
| | : | |
| TREVOR C. MARLYNE, | : | **NOTICE OF DISCOVERY REQUESTS** |
| | : | |
| Defendant. | : | |

Defendant, through undersigned counsel, hereby gives notice that, on September 7, 2018, he submitted to Aaron P. Howell, Assistant United States Attorney, via this electronic filing, his request for discovery and relevant sentencing information pertaining to the within captioned case. See attached Exhibit A, Discovery Request; and Exhibit B, Guideline Calculation Request.

    Respectfully submitted,

    STEPHEN C. NEWMAN
    Federal Public Defender
    Ohio Bar:  0051928

    */s/CAROLYN M. KUCHARSKI*
    Assistant Federal Public Defender
    Ohio Bar:  0062119
    1660 West Second Street, Suite 750
    Cleveland, Ohio 44113
    (216) 522-4856 Fax: (216) 522-4321
    e-mail address: carolyn_kucharski@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2018, a copy of the foregoing <u>Notice of Discovery Requests</u> was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

>  */s/CAROLYN M. KUCHARSKI*
> Assistant Federal Public Defender
> Ohio Bar:  0062119