# Office of the
# FEDERAL PUBLIC DEFENDER
# NORTHERN DISTRICT OF OHIO

**Stephen C. Newman**  
*Federal Public Defender*

**Jacqueline A. Johnson**  
*First Assistant*

**Skylight Office Tower • Suite 750 • 1660 West Second Street • Cleveland, Ohio  44113-1454**
**Phone: 216-522-4856 • Fax: 216-522-4321 • Website: www.fpd-ohn.org**

─────────────────────────────────── *Branch Offices*  ───────────────────────────────────

*Akron Centre Plaza*  
*50 South Main Street, Suite 700*  
*Akron, Ohio  44308-1830*  
*Phone: 330-375-5739*  
*Fax: 330-375-5738*

*617 Adams Street*  
*Toledo, Ohio  43604-1419*  
*Phone: 419-259-7370*  
*Fax: 419-259-7375*

*Thomas D. Lambros Federal Building and*  
*United States Courthouse*  
*125 Market Street*  
*Youngstown, Ohio  44503-1780*  
*Phone: 330-746-6399*  
*Fax: 330-746-6391*  
*(By Appointment Only)*

September 7, 2018

Aaron P. Howell  
Assistant United States Attorney  
208 Federal Bldg.  
2 South Main Street  
Akron, OH  44308

Re: <u>United States v. Trevor C. Marlyne</u>  
Case No. 1:18CR00513

Dear Mr. Howell:

To insure protection of Trevor C. Marlyne's rights to due process of law and effective assistance of counsel in accordance with the United States Constitution, I am seeking to provide my client with a basis upon which to make informed and intelligent decisions regarding the possible or probable consequences of pleading guilty or requesting a trial in the above-captioned case.  See: <u>United States v. Cronic</u>, 466 U.S. 648 (1984); <u>Santobello v. New York,</u> 404 U.S. 257 (1971); <u>McMahon v. Richardson</u>, 397 U.S. 759 (1970); <u>Avery v. Alabama</u>, 308 U.S. 444 (1940); <u>Scott v. Wainwright</u>, 698 F.2d 427 (11th Cir. 1983); <u>Mason v. Balcom</u>, 531 F.2d 717 (5th Cir. 1976).  For these reasons, and pursuant to Title 18 U.S.C. § 3551, et seq., Title 28 U.S.C. § 991, et seq., and United States Sentencing Commission Guidelines, I request that you promptly advise me of any facts and circumstances presently known to the government or reasonably discoverable, which would be germane to sentencing-related issues under the guidelines, or to calculation of the applicable sentencing guideline range, should the defendant be convicted of any one or more of the charges set forth in the instant indictment.

More specifically, I am requesting that as soon as possible you provide me with the following information with its documentary support:

1. What guideline does the government contend is applicable in this case?

EXHIBIT B

Office of the<br>
**FEDERAL PUBLIC DEFENDER**<br>
**NORTHERN DISTRICT OF OHIO**

**Stephen C. Newman**  **Jacqueline A. Johnson**
*Federal Public Defender*  *First Assistant*

---

2. What aggravated offense characteristic, if any, does the government contend are applicable to this case?

3. What adjustments, if any, does the government contend are applicable to this case?

4. Upon what grounds, if any, will the government be seeking a departure from the guidelines in this case?

5. With regard to the defendant's prior criminal record, what is the date, location, and court docket number of each conviction upon which the government will rely to aggravate the defendant's sentence; and what criminal history category does the government contend is applicable in this case?

Please also forward to me any other information which would bear upon an understanding or computation of the following sentencing and guideline factors:  base offense levels, specific offense characteristics, relevant conduct, adjustments, criminal history, offender characteristics, plea agreements, departures, probation and supervised release.

These requests are of a continuing nature which presume that you will keep me immediately advised of any further information that comes to your attention which might in any way alter or modify your response to the inquiries set forth above.

If I may be of service with regard to this matter, please feel free to contact me.

Sincerely,

*/s/Carolyn M. Kucharski*
CAROLYN M. KUCHARSKI
Assistant Federal Public Defender

CMK/rkh