AO 442 (Rev. 11/11) Arrest Warrant

FID: 10325966

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

2018 SEP -7 PM 3:57

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

JUDGE BOYKO

| | |
|---|---|
| United States of America<br>v.<br><br>Trevor C. Marlyne<br>_Defendant_ | )<br>) Case No.<br>)<br>) 5:18 CR 513<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Trevor C. Marlyne,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:1956(h) - Money Laundering Conspiracy

Date: 08/29/2018

_Issuing officer's signature_

City and state: Cleveland, Ohio

Jonathan D. Greenberg, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 8/30/18, and the person was arrested on _(date)_ 9/5/18
at _(city and state)_ _____.

Date: 9/6/18

Joel St / FOR DEA
_Arresting officer's signature_

J. GARDNER/USMS
_Printed name and title_