IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18 CR 513 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF APPEARANCE / NOTICE** |
| | ) | **OF SUBSTITUTION OF COUNSEL** |
| TREVOR C. MARLYNE, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Defendant, Trevor C. Marlyne, by and through undersigned counsel, Friedman & Nemecek, L.L.C., and respectfully provides this Honorable Court with notice of its intention to substitute as attorney of record. The undersigned has notified prior counsel for the Defendant, Carolyn M. Kucharski, Esq., of said substitution. An attorney from Friedman & Nemecek will be present at all future proceedings in the above-captioned matter.

Respectfully submitted,

/s/ Eric F. Long
ERIC F. LONG (0093197)
ERIC C. NEMECEK (0083195)
Counsel for Defendant
Friedman & Nemecek, L.L.C.
1360 E. 9th Street, Suite 650
Cleveland, OH 44114
P: 216-928-7700
E: efl@fanlegal.com
E: ecn@fanlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Substitution of Counsel was filed by CM/ECF on the 21st day of September, 2018, which will send a notification of such filing electronically to the following: Assistant United States Attorney, 801 West Superior Avenue, Cleveland, OH 44113.

                                          Respectfully submitted,

                                          */s/ Eric F. Long*
                                          ERIC F. LONG
                                          ERIC C. NEMECEK
                                          Counsel for Defendant