## Eric Long

| | |
|---|---|
| **From:** | Trevor Marlyne · |
| **Sent:** | Thursday, September 20, 2018 1:58 PM |
| **To:** | Eric Long |
| **Subject:** | Fwd: Checking In |
| **Attachments:** | Itinerary.doc |

ND trip


Begin forwarded message:

> **From:** Alexandra Radu
> **Date:** September 18, 2018 at 10:23:34 AM EDT
> **To:**
> **Subject: Fwd: Checking In**


---------- Forwarded message ---------
From: **Shar M. Grigsby** ·
Date: Tue, Sep 18, 2018 at 10:16 AM
Subject: Checking In
To: Alexandra Radu


Good Morning Dr. Radu 😊  Attached is the itinerary we have planned for your visit.  Please know Trevor is welcome to attend any or all parts, but I really hope he attends the community tour and Tuesday evening dinner for sure.


If you have any questions or require anything further at this point, please be sure to let me know.  We are very excited to meet the two of you.


Have great week!




Shar Grigsby, FASPR, CMSR

Physician Recruiter



HC – East, Ste 202

PO Box 5020

Minot, ND  58702-5020

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Any unauthorized review, copy, use, disclosure or distribution is prohibited. If you have received this communication in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply e-mail.

--
Regards,

Alex Radu, DMD

2

# *Alexandra Radu, DMD, MD*

**Oral Maxillofacial Surgeon**
*(Accompanied by Trevor Marlyne)*
**Itinerary**

### Tuesday, September 25, 2018

**10:21 a.m.**   Arrive, Minot International Airport

    <u>Ground Transportation</u>:  **Hertz** (within airport terminal)
    <u>Lodging</u>:     **Sleep Inn & Suites**
             2400 10th St SW
             (701)837-3100
             Confirmation #<u>611071443</u>

**1:00 p.m.**   Community/Realty Tour
    Escorted by Lori Soltis of Brokers 12
      Office:  701.852-3757  Cellular: (701)721-6455

**3:00 p.m.**   Free Time

**6:30 p.m.**   Dinner at **Badlands Grill**, 1400 31st Ave SW, (701)852-7335
    *In Attendance*:  Dr. Michael McMahon, Dr. Mark Noel, Mr. Tom Warsocki, VP, and Ms. Renda Wilson

### Wednesday, September 26, 2018

**8:00 a.m.**   Breakfast at **Perkins** with Thomas Warsocki, VP
      *(Tom will meet you in the hotel lobby at 7:55 a.m.)*

**9:00 a.m.**   Tour Trinity Hospital OR with Kim Rosencrans, RN – *Unit Manager*
      *(Kim will meet you at ER Triage)*

**9:30 a.m.**   Facility Tour and Practice Discussion with Renda Wilson, *Clinic Director*
      *(Renda will meet you at ER Triage)*

**11:00 a.m.**   Practice Discussion with Dr. Mike McMahon (OMF) and Renda Wilson, *Clinic Director*

**12:00 p.m.**   Luncheon, **ND Asia**, 3400 16th Street SW, (701)852-1240
    *In attendance*:  Dr. Michael McMahon, Dr. Alex Kindy and Mr. Tom Warsocki, VP

**1:00 p.m.**   Physician Leadership Discussion, 4th Floor Conference Room of HC - East
    *In Attendance*:  Dr. Scott Knutson (ER/PCOS) and Mr. Tom Warsocki

**2:00 p.m.**   Contract & Benefit Discussion with Mr. Thomas Warsocki, VP
      *(Mr. Warsocki will provide transportation back to the hotel)*

**3:00 p.m.**   Free time

### Thursday, September 27, 2018

**6:11 a.m.**   Depart Minot International Airport

# Eric Long

| | |
|---|---|
| **From:** | Trevor Marlyne |
| **Sent:** | Thursday, September 20, 2018 1.58 PM |
| **To:** | Eric Long |
| **Subject:** | Fwd: Trinity Health Site Visit - Minot, North Dakota |

Sent from my iPhone

Begin forwarded message:

> **From:** Alexandra Radu ,
> **Date:** September 12, 2018 at 1:04:31 PM EDT
> **To:** '
> **Subject: Fwd: Trinity Health Site Visit - Minot, North Dakota**

---------- Forwarded message ---------
From: **Shar M. Grigsby**
Date: Wed, Sep 12, 2018 at 1:03 PM
Subject: Trinity Health Site Visit - Minot, North Dakota
To: Alexandra Radu

Hi Dr. Radu – Below are your e-tickets for air travel to Minot.  I have reserved a car for you at **Hertz** which is on the ground level of the airport terminal just past baggage claim; this is where I will meet you when your flight arrives.  I have also reserved a room for the two of you at the **Sleep Inn & Suites** with Confirmation #611071443.  This hotel is located at 2400 10th Street SW and is attached to the Dakota Square Mall.

I also wanted to check if either of you have any dietary preferences or restrictions?

If you have any questions or concerns, please feel free to contact me any time.  We are looking forward to your visit!!



Shar Grigsby, FASPR, CMSR

1

Physician Recruiter

HC – East, Ste 202

PO Box 5020                                                        From: Jessica Donamaria - Preferred Travel

Minot, ND  58702-5020

[mailto:
Sent: Tuesday, September 11, 2018 3:35 PM
To: Shar M. Grigsby
Subject: RE: Ticket Request - Radu

Here you go!!

                                    I060589-90      ITINERARY


        RADU/ALEXANDRA          MARLYNE/TREVOR.CHARLES


        JESSICA                 HCR            11SEP18


        CO  FLIGHT NBR/CLASS   DATE   CITY-AIRPORT     TIME

        --  ----  -----------   ----   ----------------  -- ---------

        * ELECTRONIC TICKET *  POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN *

        *REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM

          TRAVEL AGENCY OR THE TRANSPORTING CARRIER.*

        * RESTRICTIONS / CXL BY FLT DT/NON REF/NON TRNSFRBLE/PNLTY MAY APPLY

        ISSUED BY-PREFERRED TRAVEL INC MINOT    ND

DL2745K 25SEP TU CLEMSP 700A  810A

DL4564K 25SEP TU MSPMOT 845A 1021A

DL3373Q 27SEP TH MOTMSP 611A  744A

DL5182Q 27SEP TH MSPCLE 845A 1143A

E-TICKET NUMBERS:        E0067199043911 - Alexandra

                         E0067199043912 - Trevor

CONFIRMATION:        F8ARP8              **Delta Check In**

LUGGAGE FEES ARE NOT INCLUDED AND MAY BE DIFFERENT BASED ON AIRLINE OR DESTINATION.

IF YOUR PLANS CHANGE PLEASE CONTACT US PRIOR TO YOUR DEPARTURE TO AVOID LOSS OF TICKET.

BAGGAGE CHARGES ON MYTRIPAND MORE.COM

BAG 1—25.00 USD UP TO 50LB/23KG AND UP TO 62 LI/158CM

BAG2—35.00 USD UP TO 50LB/23KG AND UP TO 62 LI/158CM

   *****THANK YOU FOR CHOOSING PREFERRED TRAVEL INC.*****

Jessica Donamaria

3

Preferred Travel

212 S Bdwy Ste 2

Minot, ND 58701

Like us on Facebook! www.facebook.com/PreferredTravelMinot

*Any and all prices quoted are subject to change based on availability and advance notice until confirmed.*

This itinerary is not confirmed and is provided for information only. Prices and product availability are not guaranteed and are subject to change. Contact your booking agent to check current prices and inventory or to confirm your purchase.

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Shar M. Grigsby
**Sent:** Tuesday, September 11, 2018 12:35 PM
**To:** Jessica Donamaria
**Subject:** Ticket Request - Radu
**Importance:** High

Hi Jessica – Please ticket these peeps:

Alexandra Radu

Trevor Charles Marlyne

As follows:

As for the flight, let's do the 7:00am on the 9/25 out of Cleveland and 6:11am on the 9/27 out of Minot.

4

**TRINITY**HEALTH

Shar Grigsby, FASPR, CMSR

Physician Recruiter

HC – East, Ste 202

PO Box 5020

Minot, ND 58702-5020

**From:** Alexandra Radu

**Sent:** Monday, September 10, 2018 10:33 AM

**To:** Shar M. Grigsby

**Subject:** Re: Trinity Health Site Visit - Minot, North Dakota

Hey Shar,

I am attaching the pre-screening form and some of the documents that I had available. Please let me know if you need anything else at this time.

As for the flight, let's do the 7:00am on the 25th out of Cleveland and 6:11am on the 27th out of Minot.

Looking forward to meeting you,

Alex Radu

On Fri, Sep 7, 2018 at 12:19 PM Shar M. Grigsby

Hi Dr. Radu – It looks like the 25th & 26th will work great on this end. You are more than welcome to stay until the 27th if you would prefer. Just let me know and I will ticket accordingly.

Below is the link for the "Pre-screening" form:

5

http://trinityhealth.org/assets/pdf/Medical-Staff-Eligibility-and-Membership-Form-103030-013-12-17.pdf

Don't hesitate to contact me with any questions or concers.  Have a great weekend!



Shar Grigsby, FASPR, CMSR

Physician Recruiter

HC – East; Ste 202

PO Box 5020

Minot, ND  58702-5020

**From:** Alexandra Radu [mailto:
**Sent:** Tuesday, September 04, 2018 4:22 PM
**To:** Shar M. Grigsby

**Subject:** Re: Trinity Health Site Visit - Minot, North Dakota

Hey Shar,

Thank you for sending me all the info. I wasn't able to see the screening form, could you please re-send that to me?

As far as the dates, I would be able to get out during the week to meet with Dr. McMahon as well.

Mr. Kutch mentioned you guys are very busy during the week of September 18th, so here are some tentative dates to avoid that:

9/10 - 7:00am from CLE & 9/11 - 4:48pm from MOT

9/11 - 7:00am from CLE & 9/12 - 4:48pm from MOT

9/24 - 7:00am from CLE & 9/25 - 4:48pm from MOT

9/25 - 7:00am from CLE & 9/26 - 4:48pm from MOT

6

Please let me know if you need any additional dates in case none of these work for you. Alternatively, I could extend the stay with an additional night if needed, and catch the 10:46am flight on the following day.

This is the ticketing info:

Alexandra Radu |

Trevor Charles Marlyne

I am looking forward to visiting with you!

Regards,

Alex Radu

On Tue, Sep 4, 2018 at 12:56 PM Shar M. Grigsby ·                                              · wrote:

Hi Dr. Radu – I hope this note finds you well.  Below is a sample of flight options between Cleveland (CLE) and Minot (MOT) for your review.  The flights only vary by a few minutes on a day-to-day basis, but this will hopefully help you find a window of time to get away to visit us.  Dr. McMahon is currently working only Tuesday, Wednesday and Thursday of each week.  Will it be possible for you to get away during the week? If not, I'm sure we can work something else out.  Below are the options:

| Depart CLE | Arrive MOT | Stops | Carrier |
| --- | --- | --- | --- |
| 7:00 a.m. | 10:21 a.m. | 1 | Delta |
| 10:02 a.m. | 4:17 p.m. | 1 | Delta |
| 3:45 p.m. | 7:16 p.m. | 1 | Delta |
| 4:44 p.m. | 10:57 p.m. | 1 | United |
| 5:24 p.m. | 11:42 p.m. | 1 | Delta |

| Depart MOT | Arrive CLE | Stops | Carrier |
| --- | --- | --- | --- |

7

| | | | |
|---|---|---|---|
| 6:11 a.m. | 11:43 a.m. | 1 | Delta |
| 10:46 a.m. | 4:21 p.m. | 1 | Delta |
| 1:40 p.m. | 8:38 p.m. | 1 | United |
| 4:48 p.m. | 11:34 p.m. | 1 | Delta |

I would just need to know which dates and flights you prefer, how your names appear on photo ID along with each of your dates of birth as required by TSA for accurate ticketing.

Lastly, we have everyone who visits complete a screening form.  You won't have some of the items it asks for, but if you could complete and provide what you can that would be great.  I have attached the link below:  Once completed please scan and email or send it back to me.

If you have any questions at all, please do not hesitate to contact me.

Shar Grigsby, FASPR, CMSR

Physician Recruiter

HC – East, Ste 202

PO Box 5020

Minot, ND  58702-5020

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Any unauthorized review, copy, use, disclosure or distribution is prohibited. If you have received this communication in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply e-mail.

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Any unauthorized review, copy, use, disclosure or distribution is prohibited. If you have received this communication in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply e-mail.

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Any unauthorized review, copy, use, disclosure or distribution is prohibited. If you have received this communication in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply e-mail.

Virus-free. www.avast.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Any unauthorized review, copy, use, disclosure or distribution is prohibited. If you have received this communication in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply e-mail.

--

Regards,

Alex Radu, DMD