FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT #C7027  AM 9: 11

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**Receipt of Passport or Other Non-Cash Collateral (Section 1)**

Name: Trevor G. Marlyne

Address:

Case Number: 1:18 cr 513-8

Passport Number: 558853852

Country of Origin: USA

Expiration Date: 3/14/2027

Date Rec'd: 9/27/18

Description of Property Other than Passport:

Signature of Individual Surrendering Passport/Other

Clerk's Signature

Print Name: PATRICK LAVECCHIA

Original of Receipt Provided to Defendant or Individual
☐ Surrendering Passport or Other Non-Cash Collateral

**Return of Passport or Other Non-Cash Collateral (Section 2)**

Date Returned:

Rec'd by:

Rec'd from:

Purpose Returned:

Address (If Mailed):

Signature of Individual Retrieving Passport/Other

Clerk's Signature

Print Name