IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO. 1:18 CR 513 |
| v. | ) | JUDGE CHRISTOPHER A. BOYKO |
| TREVOR C. MARLYNE, | ) | |
| Defendant. | ) | |

## WAIVER OF SPEEDY TRIAL

Through counsel, the Defendant has requested a continuance of his trial beyond the time periods set forth in the Speedy Trial Act of 1974, 18 U.S.C. Section 3161. The Defendant further represents that he has discussed his rights to a speedy trial with his counsel and states that his interests will be best served by the granting of a continuance. The Defendant hereby specifically waives his right to a speedy trial in this matter, and requests that the Court find that the ends of justice served by granting a continuance outweigh the interest of the public and the Defendant in a speedy trial.

Defense counsel represents that she has discussed the Defendant's rights under the Sixth Amendment and the Speedy Trial Act with him, is satisfied that the Defendant understands his speedy trial rights, and concurs with the decision of the Defendant to waive those rights.

10/16/18
Date

_____
Trevor Marlyne, Defendant

10/16/18
Date

_____
Eric F. Long, Counsel for Defendant

