# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO: 1:18CR513** |
| Plaintiff, | : | **JUDGE CHRISTOPHER A. BOYKO** |
| v. | : | |
| **AARON EISENBERG, et al.,** | : | <u>**ORDER**</u> |
| Defendant. | : | |

    This matter comes before the Court on Defendants Aaron Eisenberg, Jacob Lesiak and Corrie Lesiak's Motions for Continuance. For the reasons which follow, the Court grants the Motion. This Order applies to all Defendants.

    The Court recognizes that counsel needs time to analyze the case, conduct discovery, discuss options with the Defendant and the Government and otherwise prepare for trial. However, the Court, absent this Motion did not want to violate Defendant's and the public's right to a speedy trial.

    The Defendant has understandably moved for a continuance to avoid a "miscarriage of justice" by allowing the Defendant and counsel "reasonable time necessary for effective preparation..." See 18 U.S.C. §3161 (h)(7)(A). See also, <u>United States v. Zedner</u>, 126 S.Ct. 1976(2006).

For the foregoing reasons, the Court finds that the ends of justice served by the granting of the continuance outweigh the best interest of the public and defendant in a speedy trial pursuant to 18 U.S.C. § 3161 (h)(7)(A).

Trial is rescheduled for 9/25/2019 at 9:00 AM, Final Pretrial is rescheduled for 9/18/2019 at 11:00 AM. Motions are due by 9/4/2019, with responses due by 9/11/2019. All previous deadlines and dates are continued.

IT IS SO ORDERED.

                                                            s/ Christopher A. Boyko
                                                            CHRISTOPHER A. BOYKO
                                                            UNITED STATES DISTRICT JUDGE

DATED: July 11, 2019