FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT #C707

2019 SEP 27 AM 9:11

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**Receipt of Passport or Other Non-Cash Collateral (Section 1)**

Name: Trevor G. Marlyne

Address:

Case Number: 1:18cr513-8

Passport Number: 558853852

Country of Origin: USA

Expiration Date: 3/14/2027

Date Rec'd: 9/27/18

Description of Property Other than Passport:

Signature of Individual Surrendering Passport/Other

Clerk's Signature

Print Name: PATRICK LAVECCHIA

Original of Receipt Provided to Defendant or Individual
☐ Surrendering Passport or Other Non-Cash Collateral

**Return of Passport or Other Non-Cash Collateral (Section 2)**

Date Returned: September 19, 2019

Rec'd by:

Rec'd from:

Purpose Returned: Judgment

Address (If Mailed):

Clerk's Signature

2019 SEP 19 AM 9:28
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

United States Department of State
CA/PPT/L/LA
44132 Mercure Circle
Sterling, VA. 20166-1227

(59)