IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18 CR 513 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TREVOR C. MARLYNE, | ) | |
| | ) | |
| Defendant. | ) | |

This cause, having been heard and considered, this __9th__ day of March, 2020, and for good cause, it is therefore **ORDERED, ADJUDGED, AND DECREED,** that the Clerk's office for the District Court for the Northern District of Ohio is hereby directed to return and release the following items to Mr. Marlyne – or his duly-appointed representative – forthwith, *to wit*:

1.  The passport of Mr. Trevor Marlyne

IT IS SO ORDERED.

__3/9/2020__
DATE

__s/Christopher A. Boyko__
JUDGE CHRISTOPHER A. BOYKO